UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NC  CR-10-245 |
| v. | : | |
| | : | |
| SHANNON L. WREN, and | : | UNDER SEAL |
| STEPHANIE A. MCCLOSKEY, | : | |
| | : | **FILED** |
| Defendants. | : | SEP - 8 2010 |
| | : | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

**ORDER -**

Upon consideration of the Government's Motion to Seal the Criminal Indictment and Other Pleadings, Warrants, Files, and Records, and to Delay Entry on the Public Docket of the Filings of this Motion to Seal and all Related Matters, for the reasons set forth therein, the motion is hereby **GRANTED**.

It is further **ORDERED**, that the Criminal Indictment and other pleadings, warrants, files, and records are to be sealed until further order of this court and that entry on the Public Docket of the Filings of this Motion to Seal and all Related Matters will also be sealed until further order of this Court.

ORDERED this _8_, day of September, 2010.

_____
Deborah Robinson
United States Magistrate Judge