UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. CR-10-245 |
| v. | : | |
| SHANNON L. WREN, and | : | FILED |
| STEPHANIE A. MCCLOSKEY, | : | SEP 14 2010 |
| Defendants. | : | Clerk, U.S District & Bankruptcy Courts for the District of Columbia |

**GOVERNMENT'S MOTION TO UNSEAL THE CRIMINAL INDICTMENT AND OTHER PLEADINGS, WARRANTS, FILES, AND RECORDS, AND TO PERMIT ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS MOTION TO UNSEAL AND ALL RELATED MATTERS**

The United States, by and through its attorney, Ronald C. Machen Jr., the United States Attorney for the District of Columbia, hereby respectfully submits this motion to unseal the criminal Indictment in this case, bench warrants, and all other pleadings, warrants, records and files in this case, including the instant motion to unseal, and to permit entry on the public docket of this motion to unseal and all related matters. In support of this motion, the government states as follows:

The defendants in this case have been placed under arrest. As such, the reasons for keeping this matter sealed no longer apply.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447-889

By: *[signature]*
SHERRI L. SCHORNSTEIN
D.C. Bar No. 415219
Assistant U.S. Attorney
Fraud & Public Corruption Section
555 4th Street, NW
Washington, D.C. 20530

514 - 6956