**UNITED STATES DISTRICT COURT**
**Middle District of Florida**
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Sheryl L. Loesch, Clerk
(813) 301-5412

Tampa Division Manager
(813) 301-5470

**FILED**

**CLERK, U.S. DISTRICT COURT**
**District of Columbia**
**333 Constitution Avenue, NW**
**Washington, DC 20001**

SEP 27 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RE:   **United States of America v. Shannon L. Wren and Stephanie A. McCloskey**
      **Our Case No. 8:10-MJ-1433-T-EAJ**
      **Your Case No. 10-245** *(PLF)*

Dear Clerk:

        Enclosed herewith are the following documents in the above styled cause which has been transferred to your jurisdiction pursuant to Rule 5.

(X)            Original Magistrate Judge case documents

( )            Certified file (pertinent papers only)

( X )          Bond paperwork consisting of appearance bond and original property documents.

        Should you have any questions, please do not hesitate to contact me at (813) 301-5777.

        Thank you.

                              Very truly yours,

                              SHERYL L. LOESCH, CLERK

                        BY:   *Cathy Morgan*

**Enclosures**.                         Cathy Morgan, Deputy Clerk

*19*

BOND, CLOSED

# U.S. District Court
## Middle District of Florida (Tampa)
## CRIMINAL DOCKET FOR CASE #: 8:10-mj-01433-EAJ All Defendants
## Internal Use Only

Case title: USA v. Wren et al
Other court case number: 10-245 District of Columbia

Date Filed: 09/14/2010
Date Terminated: 09/23/2010

Assigned to: Magistrate Judge Elizabeth
A. Jenkins

## Defendant (1)

**Shannon L. Wren**
*TERMINATED: 09/23/2010*

represented by **Bjorn Erik Brunvand**
Bjorn E. Brunvand, PA
615 Turner St
Clearwater, FL 33756
727/446-7505
Fax: 727/446-8147
Email: bjorn@acquitter.com
*TERMINATED: 09/16/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jeffrey Geldert Brown**
Brown & Doherty, PA
Suite 120
450 Carillon Pkwy
St Petersburg, FL 33716
727-299-0099
Fax: 727-299-0044
Email: jeff@brownanddoherty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

None

**Disposition**

## Highest Offense Level (Opening)

None

## Terminated Counts

**Disposition**

None

## Highest Offense Level (Terminated)
None

| Complaints | Disposition |
|---|---|
| 18:371.F, 18:2320.F, 18:1341.F | |

Assigned to: Magistrate Judge Elizabeth
A. Jenkins

### Defendant (2)

| | | |
|---|---|---|
| **Stephanie A. McCloskey** | represented by | **Bjorn Erik Brunvand** |
| *TERMINATED: 09/14/2010* | | (See above for address) |
| | | *TERMINATED: 09/16/2010* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **Jeffrey Geldert Brown** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) | |
|---|---|
| None | |

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) | |
|---|---|
| None | |

| Complaints | Disposition |
|---|---|
| 18:371.F, 18:2320.F, 18:1341.F | |

### Plaintiff

**USA**                                    represented by **Laurel F. Moore**
US Attorney's Office - FLM*
Suite 3200
400 N Tampa St
Tampa, FL 33602
(813) 274-6323
Fax: (813) 274-6103
Email: laurel.moore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2010 | 1 | Rule 5(c)(3) documents received from District of Columbia as to Shannon L. Wren, Stephanie A. McCloskey (CDM) (Entered: 09/16/2010) |
| 09/14/2010 | 2 | Arrest - Rule 5(c)(2) of Shannon L. Wren from District of Columbia on charges in a Indictment (CDM) (Entered: 09/16/2010) |
| 09/14/2010 | 3 | Arrest - Rule 5(c)(2) of Stephanie A. McCloskey from District of Columbia on charges in an Indictment (CDM) (Entered: 09/16/2010) |
| 09/14/2010 | 4 | Minute Entry for proceedings held before Magistrate Judge Elizabeth A. Jenkins: Initial Appearance in Rule 5(c)(3) Proceedings as to Shannon L. Wren, Stephanie A. McCloskey held on 9/14/2010. (digital) (CDM) (Entered: 09/16/2010) |
| 09/14/2010 | | (Court only) ***Attorney update in case as to Shannon L. Wren, Stephanie A. McCloskey. Attorney Bjorn Erik Brunvand for Shannon L. Wren,Bjorn Erik Brunvand for Stephanie A. McCloskey added. (CDM) (Entered: 09/16/2010) |
| 09/14/2010 | | (Court only) ***Attorney update in case as to Shannon L. Wren, Stephanie A. McCloskey. Attorney Laurel F. Moore for USA added. (CDM) (Entered: 09/16/2010) |
| 09/14/2010 | 5 | Appearance BOND entered as to Stephanie A. McCloskey in amount of $ 25,000.00. Signed by Magistrate Judge Elizabeth A. Jenkins (CDM) (Entered: 09/16/2010) |
| 09/14/2010 | 6 | ORDER Setting Conditions of Release as to Stephanie A. McCloskey (2) $25,000.00 signature bond. Signed by Magistrate Judge Elizabeth A. Jenkins on 9/14/2010. (CDM) (Entered: 09/16/2010) |
| 09/14/2010 | 7 | ORDER of removal pursuant to rule 5(c)(2) to District of Columbia as to Stephanie A. McCloskey Signed by Magistrate Judge Elizabeth A. Jenkins on 9/14/2010. (CDM) (Entered: 09/16/2010) |
| 09/16/2010 | 8 | Minute Entry for proceedings held before Magistrate Judge Elizabeth A. Jenkins: Detention Hearing as to Shannon L. Wren held on 9/16/2010. Hearing continued to Monday, 9/20/10 at 10:00 a.m. (digital) (CDM) (Entered: 09/17/2010) |

| 09/16/2010 |  | (Court only) ***Attorney update in case as to Shannon L. Wren, Stephanie A. McCloskey. Attorney Jeffrey Geldert Brown for Shannon L. Wren,Jeffrey Geldert Brown for Stephanie A. McCloskey added. Attorney Bjorn Erik Brunvand terminated. (CDM) (Entered: 09/17/2010) |
|---|---|---|
| 09/16/2010 | 9 | Minute Entry for proceedings held before Magistrate Judge Elizabeth A. Jenkins: BOND Hearing as to Shannon L. Wren held on 9/16/2010. Hearing continued to 9/20/10 at 10:00 am. (digital) (CDM) (Entered: 09/20/2010) |
| 09/20/2010 | 10 | Minute Entry for proceedings held before Magistrate Judge Elizabeth A. Jenkins: BOND Hearing as to Shannon L. Wren held on 9/20/2010. (digital) (CDM) (Entered: 09/20/2010) |
| 09/20/2010 | 11 | Appearance BOND entered as to Shannon L. Wren in amount of $ 250,000.00. Signed by Magistrate Judge Elizabeth A. Jenkins (CDM) (Entered: 09/23/2010) |
| 09/20/2010 | 12 | Appearance BOND entered as to Shannon L. Wren in amount of $ 100,000.00. Signed by Magistrate Judge Elizabeth A. Jenkins (CDM) (Entered: 09/23/2010) |
| 09/20/2010 | 13 | AGREEMENT to forfeit property by Dennis R. Markwart and Sharon L. Markwart as to Shannon L. Wren. (CDM) (Entered: 09/23/2010) |
| 09/20/2010 | 14 | AGREEMENT to forfeit property by Allan Toledo and Angela Toledo as to Shannon L. Wren. (CDM) (Entered: 09/23/2010) |
| 09/20/2010 | 15 | AGREEMENT to forfeit property by Jack McCloskey as to Shannon L. Wren. (CDM) (Entered: 09/23/2010) |
| 09/20/2010 | 16 | THIRD PARTY CUSTODIAN ORDER as to Shannon L. Wren, ORDER as to Shannon L. Wren Signed by Magistrate Judge Elizabeth A. Jenkins on 9/20/2010. (CDM) (Entered: 09/23/2010) |
| 09/20/2010 | 17 | ORDER Setting Conditions of Release as to Shannon L. Wren (1) $350,000.00 Signed by Magistrate Judge Elizabeth A. Jenkins on 9/20/2010. (CDM) (Entered: 09/23/2010) |
| 09/23/2010 | 18 | ORDER of removal pursuant to rule 5(c)(2) to District of District of Columbia as to Shannon L. Wren Signed by Magistrate Judge Elizabeth A. Jenkins on 9/23/2010. (CDM) (Entered: 09/24/2010) |
| 09/24/2010 | 19 | TRANSFER Rule(5)(c)(3) to District of Columbia as to Shannon L. Wren, Stephanie A. McCloskey. (CDM) (Entered: 09/24/2010) |
| 09/24/2010 |  | (Court only) ***Set/clear flags as to Shannon L. Wren, Stephanie A. McCloskey (CDM) (Entered: 09/24/2010) |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

### CLERK'S MINUTES

CASE NO.  8:10-MJ-1433-T-EAJ                    DATE:    September 14, 2010

HONORABLE  ELIZABETH A. JENKINS                 INTERPRETER       None
                                                LANGUAGE

UNITED STATES OF AMERICA                            AUSA Laurel Moore
v.                                              Government Counsel

SHANNON L. WREN                                     Bjorn Brunvand, Esq.
STEPHANIE A. MCCLOSKEY                               Bjorn Brunvand, Esq.
Defendant                                       Defense Counsel

COURT RPTR/TAPE  Digital                        DEPUTY CLERK   Cathy Morgan

TIME   2:44 - 3:05                 TOTAL _____   COURTROOM _____11A_____

## PROCEEDINGS: **INITIAL APPEARANCE/DISTRICT OF COLUMBIA**

(Circle proceedings that apply)

|        |                                                                        |
|--------|------------------------------------------------------------------------|
|   X    | Deft provided w/copy of    Indictment                                  |
|   X    | ARREST DATE:    September 14, 2010                                      |
|   X    | Court summarized charges                                               |
|   X    | Court advises of Deft's Rule 5 rights                                  |
|   X    | Counsel has entered a limited appearance                               |
|   X    | Defts waive identity                                                   |
|   X    | Government requests detention for defendant Wren, release for defendant McCloskey |

|        |                                                                        |
|--------|------------------------------------------------------------------------|
|   X    | Court:  Orders Bond set at   $25,000.00 signature bond for defendant McCloskey |
|        | __X__  Residence/travel restricted to Middle District of Florida        |
|        | __X__  Pretrial Services Supervision                                    |
|        | _____  Shall reside with wife   _X_  No change of address w/out Court approval |
|        | __X__  Maintain/seek employment                                         |
|        | __X__  Shall appear 9/20/10 at 1:30 before Judge Robinson in Washington, DC |
|        | __X__  Passport to be surrendered by Pretrial Services within 24 hours of release. |
|        | __X__  Obtain no passport                                               |
|        | __X__  Shall not conduct business that is similar to the activity alleged in the Indictment. |

|        |                                                                        |
|--------|------------------------------------------------------------------------|
|   X    | Detention hearing is continued to Thursday, September 16, 2010 at 2:00 pm for defendant Wren |

4

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

**APPEARANCE BOND**

v.

**CASE NO.   8:10-MJ-1433-T-EAJ**

**STEPHANIE A. MCCLOSKEY**

**Non-surety:** I, the undersigned defendant acknowledge that I am bound to pay to the United States of America the sum of **$ 25,000.00 (signature).**

The conditions of this bond are that the defendant, __Stephanie A. McCloskey__ , is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on **September 14, 2010**, at Tampa, Florida.

DEFENDANT: _Stephanie McCloskey_   ADDRESS: _____

Telephone # _____

Signed and acknowledged before me on **September 14, 2010**.

_____
Deputy U.S. Marshal

Approved: _____
ELIZABETH A. JENKINS, U.S. MAGISTRATE JUDGE

_____
Deputy Clerk as to surety

5

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **CASE NO.   8:10-MJ-1433-T-EAJ**

**STEPHANIE A. MCCLOSKEY**

## ORDER OF RELEASE

It is hereby ORDERED:

1.   That the conditions of release are hereby established as set forth below.

2.   That the United States Marshal is hereby directed to release the above named defendant
     upon his/her agreement, in writing, to comply with the following conditions of release.

     DONE and ORDERED at Tampa, Florida this ___14th___ day of September, 2010.

                                        ELIZABETH A. JENKINS
                                        UNITED STATES MAGISTRATE JUDGE

## CONDITIONS OF RELEASE

1.   The defendant must appear before the Court in accordance with all notices.

2.   The defendant must not at any time, for any reason whatsoever, leave the Middle District
     of Florida without first obtaining written permission of the United States District Court for
     the Middle District of Florida or the district court where criminal charges are pending.

3.   The defendant must not change his/her present address without: ( X ) prior court approval;
     ( ) first advising in writing the Clerk of the Court for the Middle District of Florida.

4.   The defendant shall not commit a federal, state or local crime during the period of his/her
     release.  The defendant is specifically advised that federal law prohibits conduct relating
     to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. § 1503); conduct
     relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving
     tampering with witnesses, victims or informants (18 U.S.C. § 1512); and conduct



involving retaliation against a witness, victim or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing acts.

5.   SPECIAL CONDITIONS OF DEFENDANT'S RELEASE.   (Check only those applicable.)

   __X__   Shall report to Pretrial Services as directed.

   _____   Submit to any method of testing required by the Pretrial Services office or the supervising officer for determining whether the defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing; **and/or** participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

   __X__   Shall maintain and/or seek full time legitimate employment.

   __X__   Shall not do any business that is similar to the activity alleged in the Indictment.

   __X__   Shall surrender passport to Pretrial Services within 24 hours.

   __X__   Shall not obtain a passport.

   __X__   Shall appear on September 20, 2010 at 1:30 p.m. before Judge Deborah A. Robinson, 333 Constitution Ave., N.W., Washington, DC 20001

   _____   Shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system.  You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

        ( )**Curfew**.  You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
( )**Home Detention.**  You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
( ) **Home Incarceration.**  You are restricted to your residence at all times except for medical needs or treatment; religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

6.  A violation of any of the above conditions may result in the immediate issuance of a warrant for the defendant's arrest and may result in a forfeiture of the bond previously given.

Further, upon re-arrest, the defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established.

Moreover, a person who violates his/her conditions of release may be prosecuted for contempt of Court.

7.  A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he/she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order.  If a person fails to appear in connection with --

(a)  an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

(b)  an offense punishable by imprisonment for a term of five or more years, but less than -15 years, the penalties for failure to appear are a fine of not more than $250,000 or imprisonment for not more than five years, or both;

(c)  any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

(d)  a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph ( b ), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

Any term of imprisonment for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense which is committed while the defendant is released under these conditions of release shall be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor.  Any term of imprisonment imposed pursuant to this provision of law is to be

consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

Signed at Tampa, Florida, this __14th__ day of September, 2010.



WITNESS                                                  DEFENDANT

1.  The Middle District of Florida consists of the following Florida Counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2.  The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813/301-5400 and 801 North Florida Avenue, United States Courthouse, Tampa, Florida 33602.

3.  The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: 813/274-6401.

4.  The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are: 813/274-6000; Park Tower, Suite 3200, 400 N. Tampa Street, Tampa, Florida 33602.

5.  The commercial telephone number of the United States Pretrial Services Agency, is 813/225-7648, and the toll-free number is 1/800/676-0125.

6.  NOTICE TO COUNSEL AND DEFENDANT: in cases assigned to United States Magistrate Judge Elizabeth A. Jenkins, any requests to travel outside the area set forth in this document must be submitted at least three (3) BUSINESS days prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                     **Case No: 8:10-MJ-1433-T-EAJ**

STEPHANIE A. MCCLOSKEY

---

## ORDER OF REMOVAL

The defendant, Stephanie A. McCloskey, having been apprehended in the Middle District

of Florida, Tampa Division, on a warrant issued in the District of Columbia, subsequently having

been released on bond, the Defendant is hereby,

ORDERED to personally appear before the Honorable Deborah A. Robinson, in the United

States District Court for the District of Columbia, 333 Constitution Avenue N.W., Courtroom 4,

Washington, DC, for arraignment on September 20, 2010 at 1:30 p.m.

DONE and ORDERED at Tampa, Florida this ___14th___ day of September, 2010.

ELIZABETH A JENKINS
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

CASE NO.   8:10-MJ-1433-T-EAJ           DATE:     September 16, 2010

HONORABLE  ELIZABETH A. JENKINS    INTERPRETER   N/A
                                   LANGUAGE _____

UNITED STATES OF AMERICA              AUSA Jeffrey Downing
v.                                 Government Counsel

SHANNON L. WREN                       Jeffrey Brown, Esq.
Defendant                          Defense Counsel

COURT RPTR  Digital                DEPUTY CLERK  Cathy Morgan

TIME   3:04 - 3:53            TOTAL _____  Courtroom  11A
PROCEEDINGS:

### DETENTION HEARING

Defendant has retained Jeffrey Brown. Government argues for detention of defendant. Government
has seized defendant's home, rental property, vehicles and boats.  Defendant argues in favor of
release. Defendant does not have any assets to post for security and requests release on a signature
bond. Defendant calls Debra Green, defendant's mother, witness sworn. Mother is willing to place
her residence as collateral for a secured bond.  Court directs Pretrial Services to confirm the
girlfriends residence.  Hearing is continued until Monday, September 20, 2010 at 10:00 a.m.

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

CASE NO.   8:10-MJ-1433-T-EAJ          DATE:     September 16, 2010

HONORABLE   ELIZABETH A. JENKINS     INTERPRETER    N/A
                                     LANGUAGE _____

UNITED STATES OF AMERICA               AUSA Jeffrey Downing
v.                                   Government Counsel

SHANNON L. WREN                         Jeffrey Brown, Esq.
Defendant                            Defense Counsel

COURT RPTR  Digital                  DEPUTY CLERK  Cathy Morgan

TIME   3:04 - 3:53             TOTAL _____  Courtroom  11A
PROCEEDINGS:

### DETENTION HEARING

Defendant has retained Jeffrey Brown. Government argues for detention of defendant. Government has seized defendant's home, rental property, vehicles and boats. Defendant argues in favor of release. Defendant does not have any assets to post for security and requests release on a signature bond. Defendant calls Debra Green, defendant's mother, witness sworn. Mother is willing to place her residence as collateral for a secured bond. Court directs Pretrial Services to confirm the girlfriends residence. Hearing is continued until Monday, September 20, 2010 at 10:00 a.m.

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

CASE NO.  8:10-MJ-1433-T-EAJ              DATE:   September 20, 2010

HONORABLE  ELIZABETH A. JENKINS      INTERPRETER   N/A
                                     LANGUAGE _____

UNITED STATES OF AMERICA                 AUSA Jeffrey Downing
v.                                   Government Counsel

SHANNON L. WREN                          Jeffrey Brown, Esq.
Defendant                            Defense Counsel

COURT RPTR  Digital                  DEPUTY CLERK  Cathy Morgan

TIME   10:09 - 10:57              TOTAL _____  Courtroom   11A
PROCEEDINGS:

### BOND HEARING

Defendant offers 3 properties to be used for bond for the defendant's release. Defendant calls Alan Toledo, witness sworn. Property owned by Alan and Angela Toledo as a rental property and has approximately $100,000.00 in equity. Government cross examines witness. Defendant calls Jack McCloskey, witness sworn. Property owned by Mr. McCloskey, who resides there. It has an approximate equity of $100,000.00. Government cross examines witness. Defendant calls Christopher Nicholas Nelson, witness sworn. Property is a rental property with an approximate equity of $68,000.00. Government cross examines witness. Defendant calls Sharon Markwart, witness sworn. Witness and her husband owns 2 vacant properties in Pinellas Park with approximate equity of $107,000.00. Government cross examines witness. Government argues against release. Defendant argues in favor of release. Defendant shall be released on a $250,000.00 property bond secured by the properties offered by Mrs. Toledo, Mr. McCloskey and Mrs. Markwart. Defendant's parents are to sign a $100,000.00 signature bond. The conditions are as follows: Pretrial Services supervision; travel is enlarged to the District of Columbia for court appearances only; surrender passport and shall not obtain a substitute passport; submit to drug testing and/or treatment; submit to a mental health evaluation and/or treatment; shall seek and/or maintain full time legitimate employment excluding the sale of integrated circuits; Nicole Markwart to execute a third party custodian agreement and shall reside with him; electronic monitoring with GPS, home detention.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

**APPEARANCE BOND**

v.

**CASE No.  8:10-MJ-1433-T-EAJ**

SHANNON L. WREN

     **Non-surety:** I, the undersigned defendant acknowledge that I and my personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $250,000.00 (to be co-signed by property owners) and there has been deposited in the Registry of the Court the sum of $ __N/A__ in cash or Property Bond (see Forfeiture Agreement).

     The conditions of this bond are that the defendant, **Shannon L. Wren,** is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

     **Further, the defendant's conditions of release, set forth by separate order, are part of this bond.**

     It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

     If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith.  Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

     This bond is signed on **September 20, 2010**, at Tampa, Florida.

DEFENDANT:_____
          Shannon L. Wren

ADDRESS:  ___  _____

              _____

              Telephone # _____

*/ J*

SURETY: _____     ADDRESS: _____
Alan Toledo                                             Pinellas Park, FL 33781
                                                        Telephone # _____

SURETY: _____     ADDRESS: _____
Angie Toledo                                            Pinellas Park, FL 33781
                                                        Telephone # _____

SURETY: _____     ADDRESS: _____
Jack McCloskey                                          Seminole, FL 33777
                                                        Telephone # _____

SURETY: _____     ADDRESS: _____
Dennis Markwart                                         Pinellas Park, FL 33781
                                                        Telephone # _____

SURETY: _____     ADDRESS: _____
Sharon Markwart                                         Pinellas Park, FL 33781
                                                        Telephone # _____

Signed and acknowledged before me on **September 20, 2010.**

_____
Deputy U.S. Marshal or Deputy Clerk

Approved: _____
ELIZABETH A. JENKINS, U.S. MAGISTRATE JUDGE

_____
Deputy Clerk as to surety

RECEIVED
U.S. MAG

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

2010 SEP 21  AM 9: 25

UNITED STATES OF AMERICA

MIDDLE DIST. OF FLORIDA
TAMPA

**APPEARANCE BOND**

v.

**CASE NO.   8:10-MJ-1433-T-EAJ**

SHANNON L. WREN

**Non-surety:** I, the undersigned defendant acknowledge that I am bound to pay to the United States of America the sum of **$ 100,000.00 (signature co-signed by defendant's parents).**

The conditions of this bond are that the defendant,   **Shannon L. Wren  ,** is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith.  Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on **September 20, 2010**, at Tampa, Florida.

DEFENDANT: _____   ADDRESS:  _   _____
            Shannon L. Wren                         ___Treasure Island, FL 33706_____
                                                    Telephone # _____

*12*

SURETY: _____   ADDRESS: _____
Connie Wren                                        Clearwater, FL 33760
                                                   Telephone # _____

SURETY: _____   ADDRESS: _____ EAST.
                                                   TRESURE ISL   FL 33706
                                                   Telephone # _____

Signed and acknowledged before me on **September 20, 2010**.

_____
Deputy U.S. Marshal

Approved: _____        _____
ELIZABETH A. JENKINS, U.S. MAGISTRATE JUDGE     Deputy Clerk as to surety

SURETY: _____  ADDRESS: _  _____
                Connie Wren                                  Clearwater, FL 33760
                                                             Telephone #

SURETY: _Deborah Render_  ADDRESS: _Charlotte, N.C. 28210_
                Deborah Render                               Telephone #

Signed and acknowledged before me on **September 20, 2010.**

                                                   _____
                                                   Deputy U.S. Marshal

Approved: _____      _____
ELIZABETH A. JENKINS, U.S. MAGISTRATE JUDGE       Deputy Clerk as to surety

SURETY: _____ ADDRESS: _   _____
                   Connie Wren                                        Clearwater, FL 33760
                                                                      Telephone # ‾ ‾ ‾         _____

SURETY: _____ ADDRESS: _____
                   Deborah Render                                    Charlotte, N.C. 28210
                                                                      Telephone # _

        Signed and acknowledged before me on **September 20, 2010**.


                                                              _____
                                                              Deputy U.S. Marshal


Approved: _____    _____
ELIZABETH A. JENKINS, U.S. MAGISTRATE JUDGE       Deputy Clerk as to surety



AO 100 (7/93) Agreement to Forfeit Property

# United States District Court

_____ **MIDDLE** _____ DISTRICT OF _____ **FLORIDA** _____

RECEIVED
U.S. MARSHAL
2010 SEP 21 PM 9: 25
MIDDLE DISTRICT OF FLORIDA
TAMPA

UNITED STATES OF AMERICA                 **AGREEMENT TO FORFEIT PROPERTY**

v.                                       **CASE No.  8:10-MJ-1433-T-EAJ**

## SHANNON L. WREN _____

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c)(1)(B)(xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

Legal Description: The North 171.5 feet of the South 343 feet of the West 1/2 of West 1/2 of Farm 2, Section 18, Township 30 South, Range 16 East, PINELLAS FARMS, according to the plat thereof as recorded in Plat Book 7, Pages 4 and 5, LESS the North 20 feet therefrom and
The South 171.5 feet of the South 343 feet of the West 1/2 of the West 1/2 of Farm 2, Section 18, Township 30 South, Range 16 East, PINELLAS FARMS, according to the plat thereof, as recorded in Plat Book 7, Pages 4 and 5, All as recorded in public records of Pinellas County, Florida.

and there has been posted with the court the following indicia of my/our ownership of the property:

**Original Warranty Deed**

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

Property is owned free and clear.

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant, **Shannon L. Wren**, is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America. **I/We waive any claim to Homestead Exemption as a defense.**

This agreement is signed on **September 20, 2010**, at Tampa, Florida.

DEFENDANT: _____                 ADDRESS:__ _____
              Shannon L. Wren

                                                   __Treasure Island, FL  33706_____

                                           Telephone # _                 5 /3

SURETY: _____
Dennis R. Markwart

ADDRESS: _____

_____ Pinellas Park, FL  33782 _____

Telephone # _                          _____

SURETY: _____
Sharon L. Markwart

ADDRESS: ___                          _____

_____ Pinellas Park, FL  33782 _____

Telephone # _____            _____

Signed and acknowledged before me on  September 20, 2010, in Tampa, Florida

_____
Deputy U.S. Marshal or Deputy Clerk

Approved: _____
ELIZABETH A. JENKINS, U.S. MAGISTRATE JUDGE

_____
Deputy Clerk as to Surety

-2-

### AFFIDAVIT

We, Dennis and Sharon Markwart, swear to wit:

1.      We, Dennis and Sharon Markwart, are the owners of a vacant property, Pinellas Farms. The legal description of this property is as follows:

> Pinellas Farms NE ¼, A 171.5 Ft of W ¼ of Farm 2 & E ½ of Vac Rd on W Per or 1367/856

2.      We, Dennis and Sharon Markwart, are the owners of a vacant property, Pinellas Farms. The legal description of this property is as follows:

> Pinellas Farms NE ¼, N 151.5 Ft of S 323 Ft of W ¼ of Farm together with E ½ Vac Rd Adj of W Per or 13649/856

3.      We, Dennis and Sharon Markwart, do not have a mortgage on these properties and own both properties free and clear.

4.      We, Dennis and Sharon Markwart, agree to the use of these properties as security for the bail bond in a criminal case and acknowledge that these properties may be subject to foreclosure or other forfeiture proceedings if Shannon Wren fails to comply with the conditions of release.

5.      We, Dennis and Sharon Markwart, believe that the properties have a market value of $50.000.00 each.

6.      We, Dennis and Sharon Markwart, acknowledge that any fraudulent or false statements made by me in this document may subject me to criminal prosecution.


_____          _____
Dennis Markwart                                         Sharon Markwart

STATE OF FLORIDA
COUNTY OF PINELLAS


    The foregoing was acknowledged before me this _20__ day of _September_, 2010, by DENNIS MARKWART and SHARON MARKWART, who produced _____Drivers License_____ as identification and who did take an oath.


ANGELA LOLLIS
MY COMMISSION # DD931819
EXPIRES: October 08, 2013
1-800-3-NOTARY   Fl Notary Discount Assoc. Co.

_____
NOTARY PUBLIC

R208399B

**2010 NOTICE OF PROPOSED PROPERTY TAXES AND PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS**

PINELLAS COUNTY TAXING AUTHORITIES
315 Court Street, Clearwater, Florida 33756-5191

## DO NOT PAY
### THIS IS NOT A BILL

PARCEL NUMBER    18-30-16-69768-100-0209

APPRAISAL AREA   58

SITE ADDRESS
LEGAL DESC:    PINELLAS FARMS
NE 1/4, N 151.5FT OF S 323
FT OF W 1/4 OF FARM 2
TOGETHER WITH E 1/2 VAC RD

2010 TAX DISTRICT: PP
2009 TAX DISTRICT: PP

EVACUATION LEVEL D

MARKWART, DENNIS R
MARKWART SHARON L

PINELLAS PARK FL 33782-3041

լսիսնիսիսիսիսիսիսիսիսիսիսիսիսիսիսիսիսիսիսիսիսիս

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year.

The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION.

Each taxing authority may AMEND OR ALTER its proposals at the hearing.

PLEASE READ THE REVERSE SIDE FOR TAXING AUTHORITY INFORMATION, DATES OF BUDGET HEARINGS, NON-AD VALOREM ASSESSMENTS, AND EXPLANATIONS.

### PROPERTY APPRAISER VALUE INFORMATION

| | MARKET VALUE | ASSESSED / CAPPED VALUE APPLIES TO SCHOOL MILLAGES | ASSESSED / CAPPED VALUE APPLIES TO NON-SCHOOL MILLAGES |
|---|---|---|---|
| LAST YEAR (2009) | 61,619 | 61,619 | 61,619 |
| THIS YEAR (2010) | 50,415 | 50,415 | 50,415 |

### TAXING AUTHORITY TAX INFORMATION

| TAXING AUTHORITY | PRIOR YEAR TAXABLE VALUE (2009) COLUMN 1 | YOUR FINAL TAX RATE AND TAXES LAST YEAR (2009) COLUMN 2 MILLAGE RATE | YOUR FINAL TAX RATE AND TAXES LAST YEAR (2009) COLUMN 2 TAXES | CURRENT TAXABLE VALUE (2010) COLUMN 3 | YOUR TAX RATE AND TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE (2010) COLUMN 4 MILLAGE RATE | YOUR TAX RATE AND TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE (2010) COLUMN 4 TAXES | YOUR TAX RATE AND TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE (2010) COLUMN 5 MILLAGE RATE | YOUR TAX RATE AND TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE (2010) COLUMN 5 TAXES |
|---|---|---|---|---|---|---|---|---|
| COUNTY: | | | | | | | | |
| GENERAL FUND | 61,619 | 4.8108 | 296 44 | 50,415 | 5.3470 | 269 57 | 4.8108 | 242.54 |
| HEALTH DEPT | 61,619 | 0.0622 | 3.83 | 50,415 | 0 0692 | 3 49 | 0.0622 | 3.14 |
| PIN PLANNING COUNCIL | 61,619 | 0 0125 | 0.77 | 50,415 | 0 0139 | 0 70 | 0.0125 | 0.63 |
| EMER MEDICAL SVC | 61,619 | 0 5832 | 35.94 | 50,415 | 0.6546 | 33.00 | 0.6860 | 34 58 |
| PUBLIC SCHOOLS | | | | | | | | |
| BY STATE LAW | 61,619 | 5 3480 | 329.54 | 50,415 | 5 9181 | 298 36 | 5 3420 | 269.32 |
| BY LOCAL BOARD | 61,619 | 2 9980 | 184 73 | 50,415 | 3.3176 | 167.26 | 2.9980 | 151.14 |
| MUNICIPAL or MSTU. | | | | | | | | |
| PINELLAS PARK | 61,619 | 4 5478 | 280 23 | 50,415 | 5 1067 | 257.45 | 5.1067 | 257.45 |
| WATER MGMT DISTRICT | | | | | | | | |
| SW FLA WATER MGMT | 61,619 | 0 3866 | 23 82 | 50,415 | 0 4372 | 22.04 | 0.3866 | 19.49 |
| PINELLAS ANCLOTE | 61,619 | 0 3200 | 19 72 | 50,415 | 0 3565 | 17 97 | 0.2900 | 14.62 |
| INDEPENDENT SP DIST | | | | | | | | |
| JUVENILE WELFARE BD | 61,619 | 0 7915 | 48 77 | 50,415 | 0 8804 | 44.39 | 0 7915 | 39 90 |
| SUNCOAST TRANSIT | 61,619 | 0 5601 | 34.51 | 50,415 | 0 6297 | 31 75 | 0 5601 | 28 24 |
| TOTAL PROPERTY TAX | | | 1,258.30 | | | 1,145 98 | | 1,061.05 |

| ASSESSMENT REDUCTIONS APPLIED | APPLIES TO | 2009 | 2010 |
|---|---|---|---|
| SAVE-OUR-HOMES CAP | ALL TAXES | 0 | 0 |
| NON-HOMESTEAD 10% CAP | NON-SCHOOL TAXES | 0 | 0 |
| AGRICULTURAL CLASSIFICATION | ALL TAXES | 0 | 0 |
| OTHER | ALL TAXES | 0 | 0 |
| EXEMPTIONS | APPLIES TO | 2009 | 2010 |
| FIRST HOMESTEAD EXEMPTION | ALL TAXES | 0 | 0 |
| ADDITIONAL HOMESTEAD EXEMPTION | NON-SCHOOL TAXES | 0 | 0 |
| LIMITED-INCOME SENIOR EXEMPTION | CITY OR MSTU TAXES | 0 | 0 |
| OTHER | ALL TAXES | 0 | 0 |

If you feel that the market value of your property is inaccurate or does not reflect fair market value on January 1, 2010, or if you are entitled to an exemption or classification that is not reflected above, contact your county appraiser at

(727) 464-3284

315 COURT ST, CLEARWATER, FL 33756

EXEMPTION QUESTIONS. (727) 464-3294

If the Property Appraiser's office is unable to resolve the matter as to market value, classification, or an exemption, you may file a petition for adjustment with the VALUE ADJUSTMENT BOARD. Petition forms are available from the County Property Appraiser or on the Clerk of Court's website (www.pinellasclerk.org) Petitions must be filed ON OR BEFORE:
SEPTEMBER 17, 2010

## PINELLAS COUNTY 2010 NOTICE OF PROPOSED PROPERTY TAXES (PAGE 2)

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year  The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTIONS. Each taxing authority may AMEND OR ALTER its proposals at the hearing

| TAXING AUTHORITY HEARING INFORMATION | |
|---|---|
| TAXING AUTHORITY | PUBLIC HEARING DATE, LOCATION, AND TIME |
| COUNTY<br>GENERAL FUND<br>HEALTH DEPARTMENT<br>PINELLAS PLANNING COUNCIL<br>EMERGENCY MEDICAL SERVICE | 464-3596  9/7/10  6:30PM   5TH FLOOR, COURTHOUSE, 315 COURT ST, CLEARWATER |
| PUBLIC SCHOOLS | 588-6479  9/14/10  7:00PM   BOARD RM, ADMIN BLDG, 301 4TH ST SW, LARGO |
| MUNICIPAL OR MSTU<br>PINELLAS PARK | 541-0744  9/9/10  7:30PM   CITY HALL, 5141 78TH AVE N , PINELLAS PARK |
| WATER MGMT DISTRICTS<br>SW FLORIDA WATER MANAGEMENT<br>PINELLAS ANCLOTE RIVER BASIN | (352) 796-7211  9/14/10  5:01PM   7601 US HIGHWAY 301 NORTH, TAMPA |
| INDEPENDENT SPECIAL DISTRICTS<br>JUVENILE WELFARE BOARD<br>SUNCOAST TRANSIT AUTHORITY | 547-5600  9/9/10  5:30PM   14155 58TH ST N, CLEARWATER<br>540-1800  9/8/10  6:00PM   BOARD ROOM, 3201 SCHERER DR, ST PETERSBURG |

### PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | CONTACT | PURPOSE OF ASSESSMENT OR PUBLIC HEARING TIME | UNITS | RATE | ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | |
| | | TOTAL NON-AD VALOREM ASSESSMENT | | | |

**YOUR FINAL TAX BILL MAY CONTAIN NON-AD VALOREM ASSESSMENTS WHICH MAY NOT BE REFLECTED ON THIS NOTICE, SUCH AS ASSESSMENTS FOR ROADS, FIRE, GARBAGE, LIGHTING, DRAINAGE, WATER, SEWER OR OTHER GOVERNMENTAL SERVICES AND FACILITIES WHICH MAY BE LEVIED BY YOUR LOCAL COUNTY, CITY OR ANY SPECIAL DISTRICT.** Non-ad valorem assessments are placed on this notice at the request of the respective local governing boards  The Tax Collector will include the non-ad valorem assessments on the November tax bill  For details on a particular assessment, you must contact the local governing board directly

The proposed tax amounts shown on this form do not reflect any early payment discounts you may be eligible to receive  Payment information will be included in the November tax bill

### Explanation of 'TAXING AUTHORITY TAX INFORMATION' section

**COLUMN 1 - "PRIOR YEAR TAXABLE VALUE"**
This column shows the prior year's assessed value less all applicable exemptions used in the calculation of taxes for that specific taxing authority

**COLUMN 2 - "YOUR FINAL TAX RATE AND TAXES LAST YEAR"**
This shows the tax rate and taxes that applied to your property last year  These amounts were based on budgets adopted last year and your property's prior year taxable value

**COLUMN 3 - "CURRENT TAXABLE VALUE"**
This column shows the current assessed value less all applicable exemptions used in the calculation of taxes for that specific taxing authority  Various taxable values in this column may indicate the impact of Limited Income Senior or the Additional Homestead exemption  Current taxable values are as of **January 1, 2010**

**COLUMN 4 - "YOUR TAX RATE AND TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE"**
This shows what your tax rate and taxes will be IF EACH TAXING AUTHORITY DOES NOT CHANGE ITS PROPERTY TAX LEVY  These amounts are based on last year's budget and the current year taxable value

**COLUMN 5 - "YOUR TAX RATE AND TAXES THIS YEAR IF PROPOSED  BUDGET CHANGE IS MADE"**
This shows what your tax rate and taxes will be this year under the BUDGET ACTUALLY PROPOSED by each taxing authority  The proposal is NOT final, and may be amended at the public hearings shown above  The difference between columns 4 and 5 is the tax change proposed by each local taxing authority and is NOT the result of value changes

### Explanation of 'PROPERTY APPRAISER VALUE INFORMATION' sections

**MARKET (JUST) VALUE -** The most probable sale price for a property in a competitive, open market involving a willing buyer and a willing seller as of the January 1 assessment date

**ASSESSED/CAPPED VALUE -** The value of your property after any assessment reductions, such as the Save-Our-Homes Cap (which applies to all millages) or 10% non-homestead cap (which does not apply to school millages), have been applied  This value may also reflect special use classifications, such as the agricultural classification  If assessment reductions are applied or a special use classification is granted, the assessed value could be different for school and non-school taxing authorities.

**TAXABLE VALUE -** The assessed value less any applicable exemptions, such as the homestead exemption  The taxable value is the value to which millage rates are applied to determine tax amounts

**ASSESSMENT REDUCTIONS APPLIED -** Properties can receive an assessment reduction for a number of reasons including the Save-Our-Homes Cap and the 10% non-homestead property assessment limitation  Special use classifications such as Agricultural, Conservation Use or Working Waterfront classifications are not assessment reductions, but are instead assessments of value based on the special property use, as determined per Florida Statutes

**EXEMPTIONS -** Exemptions are specific dollar or percentage reductions applied to the assessed value to reach the taxable value  They are usually based on the residency status or statutory qualifications of the property owner  Any exemption that impacts your property is listed in this section along with its corresponding exemption value  In some cases, an exemption's value may vary depending on the taxing authority

Please visit our web site, *www.pcpao.org*, for more information

R208399A

## 2010 NOTICE OF **PROPOSED** PROPERTY TAXES AND PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS
### PINELLAS COUNTY TAXING AUTHORITIES
315 Court Street, Clearwater, Florida 33756-5191

# DO NOT PAY
## THIS IS NOT A BILL

PARCEL NUMBER: 18-30-16-69768-100-0206

APPRAISAL AREA 58

SITE ADDRESS
LEGAL DESC

PINELLAS FARMS
NE 1/4, S 171 5FT OF W 1/4
OF FARM 2 & E 1/2 OF VAC
RD ON W PER OR 13691/856

2010 TAX DISTRICT: PP
2009 TAX DISTRICT PP

EVACUATION LEVEL. D

MARKWART, DENNIS R
MARKWART, SHARON L

PINELLAS PARK FL 33782-3041

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year.

The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION.

Each taxing authority may AMEND OR ALTER its proposals at the hearing.

PLEASE READ THE REVERSE SIDE FOR TAXING AUTHORITY INFORMATION, DATES OF BUDGET HEARINGS, NON-AD VALOREM ASSESSMENTS, AND EXPLANATIONS.

### PROPERTY APPRAISER VALUE INFORMATION

|  | **MARKET VALUE** | ASSESSED / CAPPED VALUE<br>APPLIES TO **SCHOOL** MILLAGES | ASSESSED / CAPPED VALUE<br>APPLIES TO **NON-SCHOOL** MILLAGES |
|---|---|---|---|
| **LAST YEAR (2009)** | 69,754 | 69,754 | 69,754 |
| **THIS YEAR (2010)** | 57,071 | 57,071 | 57,071 |

### TAXING AUTHORITY TAX INFORMATION

| TAXING AUTHORITY | PRIOR YEAR TAXABLE VALUE (2009) | YOUR FINAL TAX RATE AND TAXES LAST YEAR (2009) | | CURRENT TAXABLE VALUE (2010) | YOUR TAX RATE AND TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE (2010) | | YOUR TAX RATE AND TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE (2010) | |
|---|---|---|---|---|---|---|---|---|
| | COLUMN 1 | COLUMN 2 | | COLUMN 3 | COLUMN 4 | | COLUMN 5 | |
| | | MILLAGE RATE | TAXES | | MILLAGE RATE | TAXES | MILLAGE RATE | TAXES |
| COUNTY | | | | | | | | |
| GENERAL FUND | 69,754 | 4 8108 | 335.57 | 57,071 | 5.3470 | 305 16 | 4.8108 | 274.56 |
| HEALTH DEPT | 69,754 | 0 0622 | 4 34 | 57,071 | 0.0692 | 3 95 | 0.0622 | 3.55 |
| PIN PLANNING COUNCIL | 69,754 | 0 0125 | 0.87 | 57,071 | 0 0139 | 0.79 | 0 0125 | 0.71 |
| EMER MEDICAL SVC | 69,754 | 0 5832 | 40 68 | 57,071 | 0 6546 | 37 36 | 0.6860 | 39.15 |
| | | | | | | | | |
| PUBLIC SCHOOLS | | | | | | | | |
| BY STATE LAW | 69,754 | 5 3480 | 373 04 | 57,071 | 5.9181 | 337 75 | 5.3420 | 304.87 |
| BY LOCAL BOARD | 69,754 | 2 9980 | 209 12 | 57,071 | 3 3176 | 189 34 | 2 9980 | 171.10 |
| | | | | | | | | |
| MUNICIPAL or MSTU | | | | | | | | |
| PINELLAS PARK | 69,754 | 4 5478 | 317 23 | 57,071 | 5 1067 | 291 44 | 5.1067 | 291 44 |
| | | | | | | | | |
| WATER MGMT DISTRICT | | | | | | | | |
| SW FLA WATER MGMT | 69,754 | 0.3866 | 26 97 | 57,071 | 0 4372 | 24.95 | 0 3866 | 22 06 |
| PINELLAS ANCLOTE | 69,754 | 0 3200 | 22 32 | 57,071 | 0.3565 | 20 35 | 0.2900 | 16.55 |
| | | | | | | | | |
| INDEPENDENT SP DIST | | | | | | | | |
| JUVENILE WELFARE BD | 69,754 | 0 7915 | 55 21 | 57,071 | 0 8804 | 50.25 | 0 7915 | 45.17 |
| SUNCOAST TRANSIT | 69,754 | 0 5601 | 39 07 | 57,071 | 0.6297 | 35.94 | 0.5601 | 31 97 |
| | | | | | | | | |
| TOTAL PROPERTY TAX | | | 1,424 42 | | | 1,297 28 | | 1,201 13 |

| ASSESSMENT REDUCTIONS APPLIED | APPLIES TO | 2009 | 2010 |
|---|---|---|---|
| SAVE-OUR-HOMES CAP | ALL TAXES | 0 | 0 |
| NON-HOMESTEAD 10% CAP | NON-SCHOOL TAXES | 0 | 0 |
| AGRICULTURAL CLASSIFICATION | ALL TAXES | 0 | 0 |
| OTHER | ALL TAXES | 0 | 0 |
| EXEMPTIONS | APPLIES TO | 2009 | 2010 |
| FIRST HOMESTEAD EXEMPTION | ALL TAXES | 0 | 0 |
| ADDITIONAL HOMESTEAD EXEMPTION | NON-SCHOOL TAXES | 0 | 0 |
| LIMITED-INCOME SENIOR EXEMPTION | CITY OR MSTU TAXES | 0 | 0 |
| OTHER | ALL TAXES | 0 | 0 |

If you feel that the market value of your property is inaccurate or does not reflect fair market value on January 1, 2010, or if you are entitled to an exemption or classification that is not reflected above, contact your county appraiser at

(727) 464-3284

315 COURT ST, CLEARWATER, FL 33756

EXEMPTION QUESTIONS (727) 464-3294

If the Property Appraiser's office is unable to resolve the matter as to market value, classification, or an exemption, you may file a petition for adjustment with the VALUE ADJUSTMENT BOARD. Petition forms are available from the County Property Appraiser or on the Clerk of Court's website (www.pinellasclerk.org). Petitions must be filed ON OR BEFORE:

**SEPTEMBER 17, 2010**

## PINELLAS COUNTY 2010 NOTICE OF PROPOSED PROPERTY TAXES (PAGE 2)

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year. The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTIONS. Each taxing authority may AMEND or ALTER its proposals at the hearing.

| TAXING AUTHORITY HEARING INFORMATION | |
|---|---|
| TAXING AUTHORITY | PUBLIC HEARING DATE, LOCATION, AND TIME |
| COUNTY<br>GENERAL FUND<br>HEALTH DEPARTMENT<br>PINELLAS PLANNING COUNCIL<br>EMERGENCY MEDICAL SERVICE | 464-3596  9/7/10  6:30PM   5TH FLOOR, COURTHOUSE, 315 COURT ST, CLEARWATER |
| PUBLIC SCHOOLS | 588-6479  9/14/10  7:00PM   BOARD RM, ADMIN BLDG, 301 4TH ST SW, LARGO |
| MUNICIPAL OR MSTU<br>PINELLAS PARK | 541-0744  9/9/10  7.30PM   CITY HALL, 5141 78TH AVE N , PINELLAS PARK |
| WATER MGMT DISTRICTS<br>SW FLORIDA WATER MANAGEMENT<br>PINELLAS ANCLOTE RIVER BASIN | (352) 796-7211  9/14/10  5:01PM   7601 US HIGHWAY 301 NORTH, TAMPA |
| INDEPENDENT SPECIAL DISTRICTS<br>JUVENILE WELFARE BOARD<br>SUNCOAST TRANSIT AUTHORITY | 547-5600  9/9/10  5 30PM   14155 58TH ST N, CLEARWATER<br>540-1800  9/8/10  6 00PM   BOARD ROOM, 3201 SCHERER DR, ST PETERSBURG |

| PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS | | | | | |
|---|---|---|---|---|---|
| LEVYING AUTHORITY | CONTACT | PURPOSE OF ASSESSMENT OR PUBLIC HEARING TIME | UNITS | RATE | ASSESSMENT |
| | | | | | |
| | | TOTAL NON-AD VALOREM ASSESSMENT | | | |

**YOUR FINAL TAX BILL MAY CONTAIN NON-AD VALOREM ASSESSMENTS WHICH MAY NOT BE REFLECTED ON THIS NOTICE, SUCH AS ASSESSMENTS FOR ROADS, FIRE, GARBAGE, LIGHTING, DRAINAGE, WATER, SEWER OR OTHER GOVERNMENTAL SERVICES AND FACILITIES WHICH MAY BE LEVIED BY YOUR LOCAL COUNTY, CITY OR ANY SPECIAL DISTRICT.** Non-ad valorem assessments are placed on this notice at the request of the respective local governing boards. The Tax Collector will include the non-ad valorem assessments on the November tax bill. For details on a particular assessment, you must contact the local governing board directly.

The proposed tax amounts shown on this form do not reflect any early payment discounts you may be eligible to receive. Payment information will be included in the November tax bill

### Explanation of 'TAXING AUTHORITY TAX INFORMATION' section

**COLUMN 1 – "PRIOR YEAR TAXABLE VALUE"**
This column shows the prior year's assessed value less all applicable exemptions used in the calculation of taxes for that specific taxing authority

**COLUMN 2 – "YOUR FINAL TAX RATE AND TAXES LAST YEAR"**
This shows the tax rate and taxes that applied to your property last year. These amounts were based on budgets adopted last year and your property's prior year taxable value

**COLUMN 3 – "CURRENT TAXABLE VALUE"**
This column shows the current assessed value less all applicable exemptions used in the calculation of taxes for that specific taxing authority. Various taxable values in this column may indicate the impact of Limited Income Senior or the Additional Homestead exemption. Current taxable values are as of **January 1, 2010**

**COLUMN 4 – "YOUR TAX RATE AND TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE"**
This shows what your tax rate and taxes will be IF EACH TAXING AUTHORITY DOES NOT CHANGE ITS PROPERTY TAX LEVY. These amounts are based on last year's budget and the current year taxable value

**COLUMN 5 – "YOUR TAX RATE AND TAXES THIS YEAR IF PROPOSED  BUDGET CHANGE IS MADE"**
This shows what your tax rate and taxes will be this year under the BUDGET ACTUALLY PROPOSED by each taxing authority. The proposal is NOT final, and may be amended at the public hearings shown above. The difference between columns 4 and 5 is the tax change proposed by each local taxing authority and is NOT the result of value changes

### Explanation of 'PROPERTY APPRAISER VALUE INFORMATION' sections

**MARKET (JUST) VALUE -** The most probable sale price for a property in a competitive, open market involving a willing buyer and a willing seller as of the January 1 assessment date

**ASSESSED/CAPPED VALUE -** The value of your property after any assessment reductions, such as the Save-Our-Homes Cap (which applies to all millages) or 10% non-homestead cap (which does not apply to school millages), have been applied. This value may also reflect special use classifications, such as the agricultural classification. If assessment reductions are applied or a special use classification is granted, the assessed value could be different for school and non-school taxing authorities

**TAXABLE VALUE -** The assessed value less any applicable exemptions, such as the homestead exemption. The taxable value is the value to which millage rates are applied to determine tax amounts

**ASSESSMENT REDUCTIONS APPLIED -** Properties can receive an assessment reduction for a number of reasons including the Save-Our-Homes Cap and the 10% non-homestead property assessment limitation. Special use classifications such as Agricultural, Conservation Use or Working Waterfront classifications are not assessment reductions, but are instead assessments of value based on the special property use, as determined per Florida Statutes

**EXEMPTIONS -** Exemptions are specific dollar or percentage reductions applied to the assessed value to reach the taxable value. They are usually based on the residency status or statutory qualifications of the property owner. Any exemption that impacts your property is listed in this section along with its corresponding exemption value. In some cases, an exemption's value may vary depending on the taxing authority

Please visit our web site, *www.pcpao.org*, for more information

40 Rec
41 St
42 Sur
43 Int
Tot

*Prepared By & Return To:*

01-042853 FEB-12-2001 4:45PM
PINELLAS CO BK 11222 PG 267

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

KAREEN F. IE ALAKEF. CLERK OF COURT
PINELLAS COUNTY, FLORIDA
------------------------------------------------
2C163123 02-12-2001 16:47:41 MBY
51 DED-RICK ALLEN/DENNIS MARKWART
0000000000

| | IN: | BK: | SPG: | EPG: |
|---|---|---|---|---|
| RECORDING 001 PAGES | | 1 | | $6.00 |
| DOC STAMP - DR219 | | 3 | | $560.00 |

TOTAL: $566.00
P CHECK AMT.TENDERED: $566.00
CHANGE: $.00
BY _m.DK_ DEPUTY CLERK

TERESA BEACH
STEWART TITLE OF PINELLAS
7655-38TH AVENUE NORTH
ST. PETERSBURG, FL. 33710
01140495
01140495

# WARRANTY DEED

*This Indenture,* Made this      8th      day of      February,      2001      , *Between*

RICK ALLEN   AND M. JEAN ALLEN , HUSBAND AND WIFE

*grantor\*, whose mailing address is*                          , LARGO, FL. 33773
*and* DENNIS R. MARKWART   AND SHARON L. MARKWART , HUSBAND AND WIFE

*grantee\*, whose mailing address is*                          , N. LARGO, FL.   33773

*\*"Grantor" and "Grantee" are used for singular or plural, as context requires.*

**Witnesseth,** *That said grantor, for and in consideration of the sum of Ten ($10.00) Dollars, and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in*
      Pinellas      *County, Florida., to wit:*

The North 171.5 feet of the South 343 feet of the West 1/2 of
West 1/2 of Farm 2, Section 18, Township 30 South, Range 16
East, PINELLAS FARMS, according to the plat thereof as recorded
in Plat Book 7, Pages 4 and 5, LESS the North 20 feet therefrom

and

The South 171.5 feet of the South 343 feet of the West 1/2 of
the West 1/2 of Farm 2, Section 18, Township 30 South, Range 16
East, PINELLAS FARMS, according to the plat thereof, as
recorded in Plat Book 7, Pages 4 and 5, All as recorded in
public records of Pinellas County, Florida.

*Subject to easements, restrictions and reservations of record.* PARCEL NO. 18/30/16/69768/100/0206
**Together,** *with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.*
**To Have and to Hold,** *the same in fee simple forever.*
**And** *the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever, and that said land is free of all encumbrances, except taxes for the year* 2000 *and subsequent years.*
  **In Witness Whereof,** *Grantor has hereunto set grantor's hand and seal the day and year first above written.*
*Signed, sealed and delivered in our presence:*

Witness Signature: _____
Witness Printed Name: TERESA K. CORPE

_____ (Seal)
RICK ALLEN

Witness Signature: _____
Witness Printed Name: DONNA J. CRADDOCK

_____ (Seal)
M. JEAN ALLEN

Witness Signature: _____
Witness Printed Name: _____

_____ (Seal)

Witness Signature: _____
Witness Printed Name: _____

_____ (Seal)

STATE OF FLORIDA

STATE OF **FLORIDA**
COUNTY OF **PINELLAS**

The foregoing instrument was acknowledged before me this **8th**   day of   **February, 2001**   by
    **RICK ALLEN   AND M. JEAN ALLEN , HUSBAND AND WIFE**

who produced _____ as identification.
WITNESS my hand and official seal in the County and State last aforesaid this **8th**   day of   **February,**
**2001.**

TERESA CORPE
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION #CC659061
EXPIRES JUNE 9, 99

*My commission expires:*
*(Notarial Seal)*

Notary Public

AO 100 (7/93) Agreement to Forfeit Property

## United States District Court

RECEIVED
U.S. MARS

DISTRICT OF _____ FLORIDA _____

2010 SEP 21 AM 9: 25

| | |
|---|---|
| UNITED STATES OF AMERICA | **AGREEMENT TO FORFEIT PROPERTY** |
| MIDDLE DIST FLORIDA<br>TAMPA | |
| v. | **CASE No. 8:10-MJ-1433-T-EAJ** |

### SHANNON L. WREN _____

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c)(1)(B)(xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

Property Address:                    N. Seminole, FL  33777

Legal Description: Lot 15, Block 4, Starkey Heights Unit 1, according to the Plat thereof as recorded in Plat Book 51, Page 12, Public Records of Pinellas Co, Florida

and there has been posted with the court the following indicia of my/our ownership of the property:

**Warranty Deed**

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

Property is owned free and clear.

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant, **Shannon L. Wren,** is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.    **I/We waive any claim to Homestead Exemption as a defense.**

This agreement is signed on September 20, 2010, at Tampa, Florida.

DEFENDANT: _____          ADDRESS:_____
                    Shannon L. Wren

                                                          Treasure Island, FL  33706

                                                      Telephone # _ _____

14

SURETY: _____          ADDRESS:___          _____
      Alan Toledo

                                    Pinellas Park, FL  33781

                                Telephone # _          _____

SURETY: _____          ADDRESS:___          _____
      Alan Toledo
      Angela

                                      Pinellas Park, FL  33781

                                Telephone # _          _____

Signed and acknowledged before me on  September 20, 2010, in Tampa, Florida

                                    _____
                                    Deputy U.S. Marshal or Deputy Clerk

Approved: _____          _____
ELIZABETH A. JENKINS, U.S. MAGISTRATE JUDGE          Deputy Clerk as to Surety

```
          40  Rec ____ 6.00 ____
          41  St ____ 673.00 ____
          42  Sur _____
          13  Int _____
Prepared By & Return To:   Tot ____ 629.00 ____
```

KARLEEN F. DE BLAKER, CLERK OF COURT
PINELLAS COUNTY, FLORIDA (727) 464-3008

C4022843  05-16-2003  17:47:48    EBZ
-51  DED-TOLEDO
-000000
IN#:03199956  BK:12752 SPG:2484 EPG:2484
RECORDING 001 PAGES      1        $6.00
DOC STAMP - DR219        3      $623.00
                                 --------
                       TOTAL:   $629.00
CLERK AMT. TENDERED:            $629.00
                       CHANGE:     $.00
BY _____ DEPUTY CLERK

DIANA FOSTER
STEWART TITLE OF PINELLAS, INC.
4134 CENTRAL AVENUE
ST. PETERSBURG, FL 33711        03-199956 MAY-16-2003  5:48pm
PHONE NO. (727) 327-5775        PINELLAS CO  BK 12752 PG 2484
FAX NO. (727) 327-3791
03151894

# WARRANTY DEED

*This Indenture, Made this*  **14th**  *day of*  **May,**  **2003**  *, Between*

MIRTALA TOLEDO , UNMARRIED

*grantor*, whose mailing address is*                : N., SEMINOLE, FL 33777
and ALLAN TOLEDO  AND ANGELA TOLEDO , HIS WIFE

*grantee*, whose mailing address is*                    ., PINELLAS PARK, FL 33781

*"Grantor" and "Grantee" are used for singular or plural, as context requires.*

*Witnesseth,* That said grantor, for and in consideration of the sum of Ten ($10.00) Dollars, and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in
        Pinellas        *County, Florida., to wit:*

        LOT 15, BLOCK 4, STARKEY HEIGHTS UNIT NO. 1, according to the
        Plat thereof as recorded in Plat Book 51, Page 12, Public
        Records of Pinellas County, Florida.

        BEING KNOWN AS PARCEL NO. 14/30/15/85158/004/0150

*Subject to easements, restrictions and reservations of record.*
*Together, with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.*
*To Have and to Hold, the same in fee simple forever.*
*And  the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever, and that said land is free of all encumbrances, except taxes for the year 2003 and subsequent years.*
  *In Witness Whereof, Grantor has hereunto set grantor's hand and seal the day and year first above written.*
*Signed, sealed and delivered in our presence:*

Witness Signature: _____        X *Mirtala Toledo* _____ (Seal)
Witness Printed Name: Erin Thomson                 MIRTALA TOLEDO

Witness Signature: _____        _____ (Seal)
Witness Printed Name: _____

Witness Signature: _____        _____ (Seal)
Witness Printed Name: SUSAN E. BALL

Witness Signature: _____        _____ (Seal)
Witness Printed Name: _____

STATE OF FLORIDA
COUNTY OF PINELLAS
*The foregoing instrument was acknowledged before me this* **14th** *day of* **May, 2003**          *by*
  MIRTALA TOLEDO , UNMARRIED

*who produced* drivers license        *as identification.*
*WITNESS my hand and official seal in the County and State last aforesaid this* 14th *day of* May,
2003.



                                          _____
                    Erin Thomson          Notary Public
*My commission expires:*    MY COMMISSION # DD152049 EXPIRES
  *(Notarial Seal)*              October 27, 2006
                        BONDED THRU TROY FAIN INSURANCE, INC.

AFFIDAVIT

We, Allan and Angela Toledo, swear to wit:

1.      We, Allan and Angela Toledo, are the owners of a Single Family Home in Pinellas County located at              ., Seminole, FL   33777.   The legal description of this property is as follows:

STARKEY HEIGHTS UNIT 1 BLK4, LOT 15

2.      We, Allan and Angela Toledo, do not have a mortgage on this property and own this property free and clear.

3.      We, Allan and Angela Toledo, agree to the use of this property as security for the bail bond in a criminal case and acknowledge that this property may be subject to foreclosure or other forfeiture proceedings if Shannon Wren fails to comply with the conditions of release.

4.      We, Allan and Angela Toledo, believe that the property has a market value of $100,000.00

5.      We, Allan and Angela Toledo, acknowledge that any fraudulent or false statements made by me in this document may subject me to criminal prosecution.

_____          _____
Allan Toledo                                        Angela Toledo

STATE OF FLORIDA
COUNTY OF PINELLAS

        The foregoing was acknowledged before me this 30th day of September, 2010, by Allan and Angela Toledo, who ~~produced~~ personally known _____ as ~~identification~~ and who did take an oath.

JENNIFER MORTENSEN
Commission DD 774356
Expires March 31, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

_____
NOTARY PUBLIC

**2010 NOTICE OF PROPOSED PROPERTY TAXES AND
PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS**
PINELLAS COUNTY TAXING AUTHORITIES
315 Court Street, Clearwater, Florida 33756-5191

R1F35441

| DO NOT PAY |
|---|
| THIS IS NOT A BILL |

PARCEL NUMBER:  14-30-15-85158-004-0150

APPRAISAL AREA: 26

SITE ADDRESS.  8980 108TH AVE
LEGAL DESC:  STARKEY HEIGHTS UNIT 1
BLK 4, LOT 15

2010 TAX DISTRICT: STF
2009 TAX DISTRICT: STF

EVACUATION LEVEL: B

TOLEDO, ALLAN
TOLEDO, ANGELA

PINELLAS PARK FL 33781-5217

IlıllıollIIlıllıollIlllıdIllıolIlıoIIIIıollıllıollIllılI

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year.

The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION.

Each taxing authority may AMEND OR ALTER its proposals at the hearing.

PLEASE READ THE REVERSE SIDE FOR TAXING AUTHORITY INFORMATION, DATES OF BUDGET HEARINGS, NON-AD VALOREM ASSESSMENTS, AND EXPLANATIONS.

## PROPERTY APPRAISER VALUE INFORMATION

| | MARKET VALUE | ASSESSED / CAPPED VALUE APPLIES TO SCHOOL MILLAGES | ASSESSED / CAPPED VALUE APPLIES TO NON-SCHOOL MILLAGES |
|---|---|---|---|
| LAST YEAR (2009) | 117,194 | 117,194 | 117,194 |
| THIS YEAR (2010) | 100,288 | 100,288 | 100,288 |

## TAXING AUTHORITY TAX INFORMATION

| TAXING AUTHORITY | PRIOR YEAR TAXABLE VALUE (2009) COLUMN 1 | YOUR FINAL TAX RATE AND TAXES LAST YEAR (2009) COLUMN 2 MILLAGE RATE | TAXES | CURRENT TAXABLE VALUE (2010) COLUMN 3 | YOUR TAX RATE AND TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE (2010) COLUMN 4 MILLAGE RATE | TAXES | YOUR TAX RATE AND TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE (2010) COLUMN 5 MILLAGE RATE | TAXES |
|---|---|---|---|---|---|---|---|---|
| COUNTY· | | | | | | | | |
| GENERAL FUND | 117,194 | 4.8108 | 563.80 | 100,288 | 5.3470 | 536.24 | 4.8108 | 482.47 |
| HEALTH DEPT | 117,194 | 0 0622 | 7 29 | 100,288 | 0 0692 | 6.94 | 0.0622 | 6.24 |
| PIN PLANNING COUNCIL | 117,194 | 0.0125 | 1 46 | 100,288 | 0 0139 | 1.39 | 0.0125 | 1.25 |
| EMER MEDICAL SVC | 117,194 | 0.5832 | 68.35 | 100,288 | 0 6546 | 65.65 | 0.6860 | 68.80 |
| PUBLIC SCHOOLS· | | | | | | | | |
| BY STATE LAW | 117,194 | 5.3480 | 626.75 | 100,288 | 5.9181 | 593.51 | 5.3420 | 535.74 |
| BY LOCAL BOARD | 117,194 | 2.9980 | 351.35 | 100,288 | 3.3176 | 332.72 | 2.9980 | 300.66 |
| MUNICIPAL or MSTU: | | | | | | | | |
| MUNI SVC TAX UNIT | 117,194 | 2.0857 | 244 43 | 100,288 | 2.2970 | 230.36 | 2.0857 | 209.17 |
| LIBRARY SERVICES | 117,194 | 0.4437 | 52.00 | 100,288 | 0.4862 | 48.76 | 0.4437 | 44.50 |
| SEMINOLE FIRE | 117,194 | 1 9581 | 229 48 | 100,288 | 2.1846 | 219.09 | 1.9581 | 196.37 |
| WATER MGMT DISTRICT: | | | | | | | | |
| SW FLA WATER MGMT | 117,194 | 0 3866 | 45.31 | 100,288 | 0 4372 | 43.85 | 0.3866 | 38.77 |
| PINELLAS ANCLOTE | 117,194 | 0 3200 | 37.50 | 100,288 | 0 3565 | 35.75 | 0.2900 | 29.08 |
| INDEPENDENT SP DIST: | | | | | | | | |
| JUVENILE WELFARE BD | 117,194 | 0.7915 | 92.76 | 100,288 | 0.8804 | 88.29 | 0.7915 | 79.38 |
| SUNCOAST TRANSIT | 117,194 | 0.5601 | 65.64 | 100,288 | 0 6297 | 63.15 | 0.5601 | 56.17 |
| TOTAL PROPERTY TAX | | | 2,386 12 | | | 2,265 70 | | 2,048.60 |

| ASSESSMENT REDUCTIONS APPLIED | APPLIES TO | 2009 | 2010 |
|---|---|---|---|
| SAVE-OUR-HOMES CAP | ALL TAXES | 0 | 0 |
| NON-HOMESTEAD 10% CAP | NON-SCHOOL TAXES | 0 | 0 |
| AGRICULTURAL CLASSIFICATION | ALL TAXES | 0 | 0 |
| OTHER | ALL TAXES | 0 | 0 |
| EXEMPTIONS | APPLIES TO | 2009 | 2010 |
| FIRST HOMESTEAD EXEMPTION | ALL TAXES | 0 | 0 |
| ADDITIONAL HOMESTEAD EXEMPTION | NON-SCHOOL TAXES | 0 | 0 |
| LIMITED-INCOME SENIOR EXEMPTION | CITY OR MSTU TAXES | 0 | 0 |
| OTHER | ALL TAXES | 0 | 0 |

If you feel that the market value of your property is inaccurate or does not reflect fair market value on January 1, 2010, or if you are entitled to an exemption or classification that is not reflected above, contact your county appraiser at

(727) 464-3643

315 COURT ST, CLEARWATER, FL 33756

EXEMPTION QUESTIONS: (727) 464-3294

If the Property Appraiser's office is unable to resolve the matter as to market value, classification, or an exemption, you may file a petition for adjustment with the VALUE ADJUSTMENT BOARD. Petition forms are available from the County Property Appraiser or on the Clerk of Court's website (www.pinellasclerk.org). Petitions must be filed ON OR BEFORE: SEPTEMBER 17, 2010

AO '00 (7/93) Agreement to Forfeit Property

# United States District Court

**MIDDLE** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA                    **AGREEMENT TO FORFEIT PROPERTY**

v.                                          **CASE No.  8:10-MJ-1433-T-EAJ**

**SHANNON L. WREN**

    I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c)(1)(B)(xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

Property Address:                       a, Seminole, Florida 33777

Legal Description: Lot 48, Block 4, Starkey Height Unit No. 1, according to the Plat thereof, as recorded in Plat Book 51, Page 12, Public Records, Pinellas Co., FL

and there has been posted with the court the following indicia of my/our ownership of the property:

    **Original Warranty Deed**

    I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

                    Wells Fargo Home Mortgage - approximate balance - $8,500.00

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

    The conditions of this agreement are that the defendant, **Shannon L. Wren**, is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

    It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

    If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States.  Forfeiture under this agreement for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.   **I/We waive any claim to Homestead Exemption as a defense.**

    This agreement is signed on **September 20, 2010**, at Tampa, Florida.

DEFENDANT: _____          ADDRESS:___                    _____
        Shannon L. Wren

                                             Treasure Island, FL  33706

                                        Telephone # _            _____

15

SURETY: _____          ADDRESS:___ _____  _____
        Jack McCloskey

                                                    ___ Seminole FL  33777 _____

                                                    Telephone # _                    _____


Signed and acknowledged before me on  September 20, 2010, in Tampa, Florida

                                                    _____
                                                    Deputy U.S. Marshal or Deputy Clerk


Approved: _____          _____
ELIZABETH A. JENKINS, U.S. MAGISTRATE JUDGE          Deputy Clerk as to Surety

## AFFIDAVIT

I, JACK McCLOSKEY, swear to wit:

1.      I, JACK McCLOSKEY, am the owner of real property located at
North, Seminole, FL 33777. The legal description of this property is as follows:

> Lot 48, Block 4 STARKEY HEIGHTS UNIT No. 1,
> according to the plat thereof, as recorded in Plat Book 51,
> Page 12, Public Records of Pinellas County, Florida.

2.      I, JACK McCLOSKEY, agree to the use of this property as security for the bail
bond in a criminal case and acknowledge that these properties may be subject to
foreclosure or other forfeiture proceedings if Shannon Wren fails to comply with the
conditions of release.

3.      I, JACK McCLOSKEY, believe that the property has a market value of
$103,000.00. There is a mortgage with Wells Fargo Mortgage of $8,500.00.

4.      I, JACK McCLOSKEY, acknowledge that any fraudulent or false statements
made by me in this document may subject me to criminal prosecution.

_____
JACK McCLOSKEY

STATE OF FLORIDA
COUNTY OF PINELLAS

The foregoing was acknowledged before me this _20th_ day of _September_,
2010,      by      JACK      McCLOSKEY,      who      produced
_FL DL  M342-427-69-416-0_      as identification and who did take
an oath.


JENNIFER MORTENSEN
Commission DD 774356
Expires March 31, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

_____
NOTARY PUBLIC

**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

# Monthly Mortgage Statement

| | |
|---|---|
| Statement Date | 09/13/10 |
| Loan Number | **1742920** |

## Customer Service

**Online**
yourwellsfargomortgage com

**Fax**
(866) 278-1179

**Telephone**
(800) 288-3212

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Hours of Operation**
Mon - Fri, 6 AM - 10 PM
Sat, 8 AM - 2 PM CT

**Payments**
PO Box 6417
Carol Stream IL 60197

**TTY Deaf/Hard of Hearing**
(800) 934-9998

**Purchase or Refinance** (800) 443-3429

1AT        7568/143568/007568 442 01 ACNM3Q 472

JACK G MCCLOSKEY IR

SEMINOLE FL 33777-1126

## Summary

| | |
|---|---|
| Payment (Principal and/or Interest, Escrow) | $777.38 |
| Optional Product(s) | $0.00 |
| **Current Monthly Payment** | **$777.38** |
| Overdue Payments | $0.00 |
| Unpaid Late Charge(s) | $0.00 |
| Other Charges | $0.00 |
| **TOTAL PAYMENT DUE 02/01/12** | **$777.38** |

**Property Address**
8915 N 107TH AVENUE
LARGO FL 33777

| | |
|---|---|
| Unpaid Principal Balance | $8,464 09 |

*(Contact Customer Service for your payoff balance)*

| | |
|---|---|
| Interest Rate | 7 500% |
| Interest Paid Year-to-Date | $768 58 |
| Taxes Paid Year-to-Date | $0 00 |
| Escrow Balance | $5,918 34 |

## Important Messages

**READY TO BUY YOUR NEXT HOME?**
Wells Fargo will be with you all the
way—throughout a lifetime of homeownership
With tools like our reliable *PriorityBuyer®*
preapproval and **Wells Fargo Closing
Guarantee℠** you'll have money-backed
confidence that you will close your loan on
time Restrictions apply Visit your local Home
Mortgage Consultant today

**TIP OF THE MONTH:**
Shredding personal documents may help
prevent identity theft

## Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late Charge | Other |
|------|-------------|-------|-----------|----------|--------|-------------|-------|
| 09/13 | PAYMENT | $777 38 | $461 98 | $55 79 | $259 61 | | |

143568/007568 ACNM3Q 7568 ETM1C018  1

R1E35721

## 2010 NOTICE OF **PROPOSED** PROPERTY TAXES AND PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS

PINELLAS COUNTY TAXING AUTHORITIES
315 Court Street, Clearwater, Florida 33756-5191

### DO NOT PAY
### THIS IS NOT A BILL

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year.

| | |
|---|---|
| PARCEL NUMBER | 14-30-15-85158-004-0480 |
| | APPRAISAL AREA 26 |
| SITE ADDRESS | 8915 107TH AVE N |
| LEGAL DESC | STARKEY HEIGHTS UNIT 1 |
| | BLK 4, LOT 48 |

2010 TAX DISTRICT  STF
2009 TAX DISTRICT  STF

EVACUATION LEVEL  C

MC CLOSKEY JACK G JR                H

LARGO FL 33777-1126

Iııllııılldıııllııılıııdııllıılılıldlııııllddılıılll

The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION.

Each taxing authority may AMEND OR ALTER its proposals at the hearing.

PLEASE READ THE REVERSE SIDE FOR TAXING AUTHORITY INFORMATION, DATES OF BUDGET HEARINGS, NON-AD VALOREM ASSESSMENTS, AND EXPLANATIONS.

### PROPERTY APPRAISER VALUE INFORMATION

| | MARKET VALUE | ASSESSED / CAPPED VALUE APPLIES TO SCHOOL MILLAGES | ASSESSED / CAPPED VALUE APPLIES TO NON-SCHOOL MILLAGES |
|---|---|---|---|
| LAST YEAR (2009) | 120,307 | 76,196 | 76,196 |
| THIS YEAR (2010) | 103,011 | 78,253 | 78,253 |

### TAXING AUTHORITY TAX INFORMATION

| TAXING AUTHORITY | PRIOR YEAR TAXABLE VALUE (2009) COLUMN 1 | YOUR FINAL TAX RATE AND TAXES LAST YEAR (2009) MILLAGE RATE | COLUMN 2 TAXES | CURRENT TAXABLE VALUE (2010) COLUMN 3 | YOUR TAX RATE AND TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE (2010) MILLAGE RATE | COLUMN 4 TAXES | YOUR TAX RATE AND TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE (2010) MILLAGE RATE | COLUMN 5 TAXES |
|---|---|---|---|---|---|---|---|---|
| COUNTY: | | | | | | | | |
| GENERAL FUND | 26,196 | 4.8108 | 126 02 | 28,253 | 5.3470 | 151 07 | 4 8108 | 135.92 |
| HEALTH DEPT | 26,196 | 0 0622 | 1 63 | 28,253 | 0 0692 | 1 96 | 0.0622 | 1.76 |
| PIN PLANNING COUNCIL | 26,196 | 0 0125 | 0.33 | 28,253 | 0 0139 | 0 39 | 0.0125 | 0 35 |
| EMER MEDICAL SVC | 26,196 | 0 5832 | 15.28 | 28,253 | 0 6546 | 18 49 | 0.6860 | 19.38 |
| | | | | | | | | |
| PUBLIC SCHOOLS: | | | | | | | | |
| BY STATE LAW | 51,196 | 5 3480 | 273 80 | 53,253 | 5 9181 | 315.16 | 5 3420 | 284.48 |
| BY LOCAL BOARD | 51,196 | 2 9980 | 153 49 | 53,253 | 3.3176 | 176 67 | 2 9980 | 159 65 |
| | | | | | | | | |
| MUNICIPAL or MSTU | | | | | | | | |
| MUNI SVC TAX UNIT | 26,196 | 2 0857 | 54 64 | 28,253 | 2 2970 | 64 90 | 2 0857 | 58 93 |
| LIBRARY SERVICES | 26,196 | 0 4437 | 11 62 | 28,253 | 0 4862 | 13 74 | 0.4437 | 12 54 |
| SEMINOLE FIRE | 26,196 | 1 9581 | 51 29 | 28,253 | 2 1846 | 61 72 | 1 9581 | 55 32 |
| | | | | | | | | |
| WATER MGMT DISTRICT | | | | | | | | |
| SW FLA WATER MGMT | 26,196 | 0 3866 | 10 13 | 28,253 | 0 4372 | 12 35 | 0 3866 | 10.92 |
| PINELLAS ANCLOTE | 26,196 | 0 3200 | 8 38 | 28,253 | 0 3565 | 10 07 | 0.2900 | 8 19 |
| | | | | | | | | |
| INDEPENDENT SP DIST: | | | | | | | | |
| JUVENILE WELFARE BD | 26,196 | 0 7915 | 20.73 | 28,253 | 0 8804 | 24.87 | 0.7915 | 22.36 |
| SUNCOAST TRANSIT | 26,196 | 0 5601 | 14 67 | 28,253 | 0.6297 | 17 79 | 0 5601 | 15.82 |
| | | | | | | | | |
| TOTAL PROPERTY TAX | | | 742 01 | | | 869 18 | | 785.62 |

| ASSESSMENT REDUCTIONS APPLIED | APPLIES TO | 2009 | 2010 |
|---|---|---|---|
| SAVE-OUR-HOMES CAP | ALL TAXES | 44,111 | 24,758 |
| NON-HOMESTEAD 10% CAP | NON-SCHOOL TAXES | 0 | 0 |
| AGRICULTURAL CLASSIFICATION | ALL TAXES | 0 | 0 |
| OTHER | ALL TAXES | 0 | 0 |

| EXEMPTIONS | APPLIES TO | 2009 | 2010 |
|---|---|---|---|
| FIRST HOMESTEAD EXEMPTION | ALL TAXES | 25,000 | 25,000 |
| ADDITIONAL HOMESTEAD EXEMPTION | NON-SCHOOL TAXES | 25,000 | 25,000 |
| LIMITED-INCOME SENIOR EXEMPTION | CITY OR MSTU TAXES | 0 | 0 |
| OTHER | ALL TAXES | 0 | 0 |

If you feel that the market value of your property is inaccurate or does not reflect fair market value on January 1, 2010, or if you are entitled to an exemption or classification that is not reflected above, contact your county appraiser at

(727) 464-3643

315 COURT ST, CLEARWATER, FL  33756

EXEMPTION QUESTIONS: (727) 464-3294

If the Property Appraiser's office is unable to resolve the matter as to market value, classification, or an exemption, you may file a petition for adjustment with the VALUE ADJUSTMENT BOARD. Petition forms are available from the County Property Appraiser or on the Clerk of Court's website (www.pinellasclerk.org) Petitions must be filed ON OR BEFORE:

SEPTEMBER 17, 2010

## PINELLAS COUNTY 2010 NOTICE OF PROPOSED PROPERTY TAXES (PAGE 2)

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year. The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTIONS. Each taxing authority may AMEND OR ALTER its proposals at the hearing.

| TAXING AUTHORITY HEARING INFORMATION | |
|---|---|
| TAXING AUTHORITY | PUBLIC HEARING DATE, LOCATION, AND TIME |
| COUNTY<br>GENERAL FUND<br>HEALTH DEPARTMENT<br>PINELLAS PLANNING COUNCIL<br>EMERGENCY MEDICAL SERVICE | 464-3596  9/7/10  6:30PM  5TH FLOOR, COURTHOUSE, 315 COURT ST, CLEARWATER |
| PUBLIC SCHOOLS | 588-6479  9/14/10  7:00PM  BOARD RM, ADMIN BLDG, 301 4TH ST SW, LARGO |
| MUNICIPAL OR MSTU<br>MUNICIPAL SERVICE TAXING UNIT<br>LIBRARY SERVICE<br>SEMINOLE FIRE | 464-3596  9/7/10  6:30PM  5TH FLOOR, COURTHOUSE, 315 COURT ST, CLEARWATER |
| WATER MGMT DISTRICTS.<br>SW FLORIDA WATER MANAGEMENT<br>PINELLAS ANCLOTE RIVER BASIN | (352) 796-7211  9/14/10  5:01PM  7601 US HIGHWAY 301 NORTH, TAMPA |
| INDEPENDENT SPECIAL DISTRICTS.<br>JUVENILE WELFARE BOARD<br>SUNCOAST TRANSIT AUTHORITY | 547-5600  9/9/10  5:30PM  14155 58TH ST N, CLEARWATER<br>540-1800  9/8/10  6:00PM  BOARD ROOM, 3201 SCHERER DR, ST PETERSBURG |

| PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS | | | | | |
|---|---|---|---|---|---|
| LEVYING AUTHORITY | CONTACT | PURPOSE OF ASSESSMENT OR PUBLIC HEARING TIME | UNITS | RATE | ASSESSMENT |
| BOARD OF COUNTY COMMISSIONERS | (727)464-8961 | STREET LIGHTING - #L284 | 1 | 48.9235 | 48.92 |
| | | TOTAL NON-AD VALOREM ASSESSMENT | | | 48.92 |

**YOUR FINAL TAX BILL MAY CONTAIN NON-AD VALOREM ASSESSMENTS WHICH MAY NOT BE REFLECTED ON THIS NOTICE, SUCH AS ASSESSMENTS FOR ROADS, FIRE, GARBAGE, LIGHTING, DRAINAGE, WATER, SEWER OR OTHER GOVERNMENTAL SERVICES AND FACILITIES WHICH MAY BE LEVIED BY YOUR LOCAL COUNTY, CITY OR ANY SPECIAL DISTRICT.** Non-ad valorem assessments are placed on this notice at the request of the respective local governing boards. The Tax Collector will include the non-ad valorem assessments on the November tax bill. For details on a particular assessment  you must contact the local governing board directly

The proposed tax amounts shown on this form do not reflect any early payment discounts you may be eligible to receive. Payment information will be included in the November tax bill

### Explanation of 'TAXING AUTHORITY TAX INFORMATION' section

**COLUMN 1 – "PRIOR YEAR TAXABLE VALUE"**
  This column shows the prior year's assessed value less all applicable exemptions used in the calculation of taxes for that specific taxing authority

**COLUMN 2 – "YOUR FINAL TAX RATE AND TAXES LAST YEAR"**
  This shows the tax rate and taxes that applied to your property last year. These amounts were based on budgets adopted last year and your property s prior year taxable value

**COLUMN 3 – "CURRENT TAXABLE VALUE"**
  This column shows the current assessed value less all applicable exemptions used in the calculation of taxes for that specific taxing authority. Various taxable values in this column may indicate the impact of Limited Income Senior or the Additional Homestead exemption. Current taxable values are as of **January 1, 2010**

**COLUMN 4 – "YOUR TAX RATE AND TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE"**
  This shows what your tax rate and taxes will be IF EACH TAXING AUTHORITY DOES NOT CHANGE ITS PROPERTY TAX LEVY. These amounts are based on last year's budget and the current year taxable value

**COLUMN 5 – "YOUR TAX RATE AND TAXES THIS YEAR IF PROPOSED  BUDGET CHANGE IS MADE"**
  This shows what your tax rate and taxes will be this year under the BUDGET ACTUALLY PROPOSED by each taxing authority. The proposal is NOT final, and may be amended at the public hearings shown above. The difference between columns 4 and 5 is the tax change proposed by each local taxing authority and is NOT the result of value changes

### Explanation of 'PROPERTY APPRAISER VALUE INFORMATION' sections

**MARKET (JUST) VALUE -** The most probable sale price for a property in a competitive, open market involving a willing buyer and a willing seller as of the January 1 assessment date

**ASSESSED/CAPPED VALUE -** The value of your property after any assessment reductions, such as the Save-Our-Homes Cap (which applies to all millages) or 10% non-homestead cap (which does not apply to school millages), have been applied. This value may also reflect special use classifications, such as the agricultural classification. If assessment reductions are applied or a special use classification is granted, the assessed value could be different for school and non-school taxing authorities

**TAXABLE VALUE -** The assessed value less any applicable exemptions, such as the homestead exemption. The taxable value is the value to which millage rates are applied to determine tax amounts

**ASSESSMENT REDUCTIONS APPLIED -** Properties can receive an assessment reduction for a number of reasons including the Save-Our-Homes Cap and the 10% non-homestead property assessment limitation. Special use classifications such as Agricultural, Conservation Use or Working Waterfront classifications are not assessment reductions, but are instead assessments of value based on the special property use, as determined per Florida Statutes

**EXEMPTIONS -** Exemptions are specific dollar or percentage reductions applied to the assessed value to reach the taxable value. They are usually based on the residency status or statutory qualifications of the property owner. Any exemption that impacts your property is listed in this section along with its corresponding exemption value. In some cases, an exemption's value may vary depending on the taxing authority

Please visit our web site, *www.pcpao.org*, for more information

WARRANTY DEED
INDIVID. TO INDIVID.

Return to: (enclose self-addressed stamped envelope)

Name: First American Title
14100 Walsingham Road
Address: Largo, Florida 34644

Rec  11.00
Doc  378.00
Int
Tot  389.00

PINELLAS COUNTY FLA.
OFF.REC.BK 7749  PG  608

1291180Z/55916

This Instrument Prepared by:
C.A. Anderson

INST # 91-327889
DEC  4, 1991  1:26PM

Address: Homeowner Title
9075 Seminole Blvd., Suite C
Seminole, Florida 34642

Property Appraisers Parcel Identification (Folio) Number(s):
14-30-15-85158-004-0480
Grantee(s) S.S. #(s):

——— SPACE ABOVE THIS LINE FOR PROCESSING DATA ———     ——— SPACE ABOVE THIS LINE FOR RECORDING DATA ———

## This Warranty Deed *Made the* 29th *day of* NOVEMBER          *A.D. 19* 91    *by*

DANIEL RAPTOPOULOS *and* ANASTASIA RAPTOPOULOS, his wife

*hereinafter called the grantor, to*

JACK G. Mc CLOSKEY, Jr.

*whose post office address is*          N., Largo, Florida 34647

*hereinafter called the grantee:*

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the
heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth:** *That the grantor, for and in consideration of the sum of $*     10.00        *and other
valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises,
releases, conveys and confirms unto the grantee all that certain land situate in* PINELLAS
*County, State of*  FLORIDA     *, viz:*

01 RECORDING
REC  600
LS  378.00
INT
FEES
MTG
P/C
REV

TOTAL 389.00

Lot 48,  Block 4  STARKEY HEIGHTS UNIT NO. 1,  according to

the plat thereof, as recorded in Plat Book 51, Page 12,  Public

Records of Pinellas County, Florida.

**Together,** *with all the tenements, hereditaments and appurtenances thereto belonging or in anywise
appertaining.*

**To Have and to Hold,** *the same in fee simple forever.*

**And** *the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee
simple; that the grantor has good right and lawful authority to sell and convey said land, and hereby warrants the
title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land
is free of all encumbrances, except taxes accruing subsequent to December 31, 1991 .*

**In Witness Whereof,** *the said grantor has signed and sealed these presents the day and year first above
written.*

*Signed, sealed and delivered in the presence of:*

Signature
Printed Signature *MARY KOTTICH*

Signature
Printed Signature *Phyllis Graves*

Signature
Printed Signature *MARY KOTTICH*

Signature _____  [L.S.]
Printed Signature DANIEL RAPTOPOULOS
Post Office Address 18 Harrogate Square, Williamsville, NY 14221

Signature _____  [L.S.]
Printed Signature ANASTASIA RAPTOPOULOS
18 Harrogate Square, Williamsville, NY 14221

Printed Signature

STATE OF FLORIDA By _____
COUNTY OF PINELLAS Deputy Clerk

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared

DANIEL & ANASTASIA RAPTOPOULOS, his wife, to me known to be the person described in and who executed the foregoing instrument and acknowledged before me that they executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 29th day of NOVEMBER , A.D. 19 91

_____
Notary Signature

SEAL

Catherine A. Anderson
Printed Notary Signature
My Commission Expires

CATHERINE A. ANDERSON
State of Florida
My Comm. Exp. Oct. 12, 1992

KARLEEN F. DEBLAKER, CLERK
RECORD VERIFIED BY:

**Warranty Deed**

**To**

```
24676204   JAR   12-04-91   13:00:03
31     -
RECORDING                1        $8.00
DOC STAMPS               1       $0.15.00

                        TOTAL:        $808.00
      CHECK AMT. TENDERED:        $808.00
               CHANGE:          $0.00
```



## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

**Case No. 8:10-MJ-1433-T-EAJ**

SHANNON L. WREN

_____/

### THIRD PARTY CUSTODIAN ORDER

Upon finding that release by bond set by the Court will not by itself reasonably assure the appearance of the Defendant, it is hereby **ORDERED** that the Defendant shall be released on the condition below:

The above named Defendant is placed in the custody of:

(NAME) _____ Nicole Markwart _____

(ADDRESS) _____ ᵗ East, Treasure Island, FL  33706 _____

(TELEPHONE NUMBER) _____

who agrees (a) to supervise the Defendant in accordance with conditions set by this Court; (b) to use every effort to assure the appearance of the Defendant at all scheduled hearings before this Court; and (c) to notify this Court immediately in the event the Defendant violates any condition of his/her release or cannot be located.

_____
Signature of Custodian

### ACKNOWLEDGMENT BY DEFENDANT

I, ___ Shannon L. Wren ___, understand the methods and conditions of my release and the penalties and forfeitures applicable in the event I violate any condition of fail to appear as required.  I agree to comply fully with each of the obligations imposed upon my release and to notify the Court promptly in the event I change the address indicated below:

_____          _____
Signature of Defendant                                    Address

_727-463-7973_                                        ___ Treasure Island, Fl  33706 ___
Telephone Number                                         City, State, Zip

**RELEASE ORDERED:**

_____
ELIZABETH A. JENKINS
UNITED STATES MAGISTRATE JUDGE

Dated: ___ September 20, 2010 ___

16

RECEIVED
U.S. ....
2010 SEP 21 AM 9: 25
...E DIST. OF FLORID.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.   8:10-MJ-1433-T-EAJ

SHANNON L. WREN

## ORDER OF RELEASE

It is hereby ORDERED:

1.    That the conditions of release are hereby established as set forth below.

2.    That the United States Marshal is hereby directed to release the above named defendant upon his/her agreement, in writing, to comply with the following conditions of release.

DONE and ORDERED at Tampa, Florida this ___20th___ day of September, 2010.

ELIZABETH A. JENKINS
UNITED STATES MAGISTRATE JUDGE

## CONDITIONS OF RELEASE

1.    The defendant must appear before the Court in accordance with all notices.

2.    The defendant must not at any time, for any reason whatsoever, leave the Middle District of Florida without first obtaining written permission of the United States District Court for the Middle District of Florida or the district court where criminal charges are pending.

3.    The defendant must not change his/her present address without: ( X ) prior court approval; ( ) first advising in writing the Clerk of the Court for the Middle District of Florida.

4.    The defendant shall not commit a federal, state or local crime during the period of his/her release. The defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. § 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. § 1512); and conduct



involving retaliation against a witness, victim or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing acts.

5.      SPECIAL CONDITIONS OF DEFENDANT'S RELEASE.       (Check only those applicable.)

___X___      Shall report to Pretrial Services as directed.

___X___      Submit to any method of testing required by the Pretrial Services office or the supervising officer for determining whether the defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing; **and/or** participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

___X___      Travel is enlarged to the District of Columbia for court appearances only.

___X___      Shall submit to a mental health evaluation and/or treatment at the direction of Pretrial Services.

___X___      Shall maintain and/or seek full time legitimate employment, excluding the sale of intragrated circuits.

___X___      Shall reside at his residence with his girlfriend, Nicole Markwart.

___X___      Shall remain in the third party custody of Nicole Markwart.

___X___      Shall surrender passport to Pretrial Services.

___X___      Shall not obtain a passport.

___X___      Shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( X ) will or (  ) will not include electronic monitoring or other location verification system.  You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

           (  )**Curfew.**  You are restricted to your residence every day (  ) from _____ to _____, or (   ) as directed by the pretrial services office or supervising officer; or
           ( X ) **Home Detention.**  You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or

supervising officer; or

(  ) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

6.    A violation of any of the above conditions may result in the immediate issuance of a warrant for the defendant's arrest and may result in a forfeiture of the bond previously given.

Further, upon re-arrest, the defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established.

Moreover, a person who violates his/her conditions of release may be prosecuted for contempt of Court.

7.    A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he/she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order.  If a person fails to appear in connection with --

(a)    an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

(b)    an offense punishable by imprisonment for a term of five or more years, but less than -15 years, the penalties for failure to appear are a fine of not more than $250,000 or imprisonment for not more than five years, or both;

(c)    any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

(d)    a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph ( b ), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

Any term of imprisonment for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense which is committed while the defendant is released under these conditions of release shall be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor.  Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

Signed at Tampa, Florida, this __20th__ day of September, 2010.



_____          _____
              WITNESS                                           DEFENDANT

1.    The Middle District of Florida consists of the following Florida Counties:  Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2.    The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are:  813/301-5400 and 801 North Florida Avenue, United States Courthouse, Tampa, Florida 33602.

3.    The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is:  813/274-6401.

4.    The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are:  813/274-6000; Park Tower, Suite 3200, 400 N. Tampa Street, Tampa, Florida 33602.

5.    The commercial telephone number of the United States Pretrial Services Agency, is 813/225-7648, and the toll-free number is 1/800/676-0125.

6.    NOTICE TO COUNSEL AND DEFENDANT:  in cases assigned to United States Magistrate Judge Elizabeth A. Jenkins, any requests to travel outside the area set forth in this document must be submitted at least three (3) **BUSINESS** days prior to the date upon which travel is expected to begin.  Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                    **Case No: 8:10-MJ-1433-T-EAJ**

**SHANNON L. WREN**

_____

### ORDER OF REMOVAL

The defendant, Shannon L. Wren, having been apprehended in the Middle District of Florida,

Tampa Division, on a warrant issued in the District of Columbia, subsequently having been released

on bond, the Defendant is hereby,

ORDERED to personally appear before the Honorable Paul Friedman, in the United States

District Court for the District of Columbia, 333 Constitution Avenue N.W., Courtroom 29,

Washington, DC, for arraignment on September 28, 2010 at 9:30 p.m.

DONE and ORDERED at Tampa, Florida this ___23rd___ day of September, 2010.


ELIZABETH A JENKINS
United States Magistrate Judge

*18*