# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA **SEALED** v. Shannon L. Wren, and, Stephanie A. McCloskey **FILED SEP 28 2010** Clerk, U.S. District & Bankruptcy Courts for the District of Columbia DOB: 8/28/68   PDID: | DOCKET NO: CR-10-245 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED Shannon L. Wren 11200 5th Street East Treasure Island, FL 33706-3020 **UNSEALED** **UNDER SEAL** | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

- Conspiracy;
- Trafficking in Counterfeit Goods or Services;
- Mail Fraud;
- Aiding and Abetting Causing an Act to be Done;
- Criminal Forfeiture.

*2010 SEP -9 P 4:00 USMS INVESTIGATIONS RECEIVED*

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 U.S.C. § 371; 18 U.S.C. § 2320; 18 U.S.C. § 1341; 18 U.S.C. § 2; 18 U.S.C. § 2323(a) and (b), 28 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c). |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
| ORDERED BY: DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | DATE ISSUED: SEP 0 8 2010 |
| CLERK OF COURT: Angela D. Caesar | BY DEPUTY CLERK: | DATE: SEP 0 8 2010 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 09-09-10 | NAME AND TITLE OF ARRESTING OFFICER James D. Callahan, SDUSM 5840 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 09-28-10 | | |
| HIDTA CASE:  Yes    No X | | OCDETF CASE:  Yes    No X |